Name: Richard Birdsall
Address: 1919 Beaver Pl, Anchorage, AK 99504
Telephone number: (907) 952-5522

RECEIVED
MAR 04 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Richard Birdsall,

Plaintiff/Petitioner,

vs.

Letitia James,

Defendant/Respondent.

Case No. 3:24-CV-00046-JMK

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff/petitioner no longer wishes to prosecute the above-entitled action, and hereby provides notice of this voluntarily dismissal.[1]

Dated: March 4, 2024

Signature

---

[1] A notice of voluntary dismissal, filed before the filing of an answer or motion by any of the defendants is effective upon filing. If the plaintiff has previously dismissed any state or federal action including the same claim, this dismissal will operate as a decision on the merits (with prejudice). See Fed R.Civ.P. 41.