Name _Richard Birdsall_

Mailing address _1919 Beaver Pl_
_Anchorage, AK 99504_

Telephone _(907) 952-5522_

RECEIVED

MAR 04 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| _____, Plaintiff/Petitioner, vs. _____, et al., Defendant(s)/Respondent. | MOTION to/for _Refund of Filing Fee_ Case No. _3:24-cv-00046-JMK_ |

I, _Richard Birdsall_____, representing myself without a lawyer, move to/for: _Refund of Filing Fee_

under the following statute(s)/rule(s) (if known):_____

for the following reason(s):_____

_Case withdrawn. Additional Research_
_Showed I lacked standing to Bring_
_the action._

_____

_Thank you._

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date: _MARCH 4, 2024_

_Richard Burdulis_
Signature

---

## Certificate of Service

I hereby certify that a copy of the above Motion was served upon

_____ by_____ at
(Name of opposing party/counsel, if already served with summons)   (Mail/fax/hand-delivery)

_____ on _____.
(Address)                                      (Date)

_____
(Signature)